No. 90–5778.   IN RE ANDERSON; and
No. 90–5816.   IN RE KIRSCHENHUNTER.   Petitions for writs of habeas corpus denied.

No. 90–5613.   IN RE BLANTON;
No. 90–5622.   IN RE FAY;
No. 90–5625.   IN RE VISSER; and
No. 90–5681.   IN RE MACIEL.   Petitions for writs of mandamus denied.

No. 90–5519.   IN RE COOK.   Petition for writ of mandamus and/or prohibition denied.

No. 90–365.   IN RE JAFFER.   Petition for writ of prohibition and mandamus denied.

No. 89–1714.   PAULEY, SURVIVOR OF PAULEY v. BETH-ENERGY MINES, INC., ET AL.   C. A. 3d Cir.;
No. 90–113.   CLINCHFIELD COAL CO. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL.   C. A. 4th Cir.; and
No. 90–114.   CONSOLIDATION COAL CO. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL.   C. A. 4th Cir.   Motion of respondent John Taylor for leave to proceed *in forma pauperis* in No. 90–113 granted.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: No. 89–1714, 890 F. 2d 1295; No. 90–113, 895 F. 2d 178; No. 90–114, 895 F. 2d 173.

No. 90–5319.   MCNEIL v. WISCONSIN.   Sup. Ct. Wis.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–7662.   COLEMAN v. THOMPSON, WARDEN.   C. A. 4th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted limited to Questions 2, 3, and 4 presented by the petition.

No. 89–353.   SANCHEZ ET AL. v. BOND ET AL.   C. A. 10th Cir. Certiorari denied.